# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2021 ND 66

State of North Dakota,

Plaintiff and Appellee

v.

Arnold Nudah Rennie,

Defendant and Appellant

### No. 20200307

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable Thomas J. Schneider, Judge.

AFFIRMED.

Per Curiam.

Julie A. Lawyer, Burleigh County State's Attorney, Bismarck, ND, for plaintiff and appellee.

Kiara C. Kraus-Parr, Grand Forks, ND, for defendant and appellant.

**Per Curiam.**

[¶1]   Arnold Rennie appeals from a criminal judgment entered after a jury found him guilty of gross sexual imposition and corruption of a minor.

[¶2]   On appeal, Rennie argues the district court abused its discretion when it denied his motion to dismiss based on alleged Rule 16, N.D.R.Crim.P., discovery violations by the State. We conclude the district court did not abuse its discretion in denying Rennie's motion to dismiss. We summarily affirm under N.D.R.App.P. 35.1(a)(4).

[¶3]   Jon J. Jensen, C.J.
      Gerald W. VandeWalle
      Daniel J. Crothers
      Lisa Fair McEvers
      Jerod E. Tufte